988

No. 83–555. RUSSELL STOVER CANDIES, INC. v. DEPARTMENT OF REVENUE OF MONTANA. Appeal from Sup. Ct. Mont. dismissed for want of substantial federal question. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 83–561. MORETTI ET AL. v. MULTI-PAK CORP. ET AL. Appeal from Super. Ct. N. J., App. Div., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 82–1367. ROADWAY EXPRESS, INC. v. WARREN. Ct. App. Ga. [Certiorari granted, 461 U. S. 904.] Writ of certiorari dismissed as improvidently granted.

No. A–335. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. THOMPSON. C. A. 11th Cir. Application for stay of mandate, addressed to JUSTICE REHNQUIST and referred to the Court, denied.

No. A–358. KNAPP v. ARIZONA. Application for stay of execution of sentence of death, presented to JUSTICE REHNQUIST, and by him referred to the Court, denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS would grant the application.

No. D–382. IN RE DISBARMENT OF LABER. It is ordered that Henry W. Laber, of Madiera Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–383. IN RE DISBARMENT OF LOWENTHAL. It is ordered that Franklyn L. Lowenthal, of Yonkers, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.